# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,  Plaintiff, | **COURT MINUTES** BEFORE: JOHN F. DOCHERTY U.S. MAGISTRATE JUDGE |
| v. Dantrell Johnson (2), Gregory Hamilton (3), and Tony Jelks (13), | Case No.: 23-cr-163 (NEB/JFD) Date: May 24, 2023 Location: Devitt Courtroom Court Reporter: Lynn Krenz Time:  10:01–10:42 a.m. (21 minutes in No. 23-cr-160; 20 minutes in No. 23-cr 163) |
| United States of America,  Plaintiff, | **COURT MINUTES** BEFORE: JOHN F. DOCHERTY U.S. MAGISTRATE JUDGE |
| v. Deon Necole Williams,  Defendant. | Case No.: 23-cr-163 (NEB/JFD) Date: May 24, 2023 Location: Devitt Courtroom Court Reporter: Lynn Krenz Time:  10:01–10:42 a.m. (21 minutes in No. 23-cr-160; 20 minutes in No. 23-cr 163) |

## MOTION HEARING

**APPEARANCES:**

For Plaintiff: Justin Wesley
For Defendant Dantrell Johnson: John C. Conard
For Defendant Gregory Hamilton: Bruce D. Nestor
For Defendant Tony Jelks: Deborah Ellis
For Defendant Deon Williams: Debra Hilstrom

1

**PROCEEDINGS**:

The Court held a hearing on the following: Dantrell Johnson's oral waiver of rights under the Interstate Agreement on Detainers and request to return to state custody (*see* Dkt. No. 193 in Case No. 23-cr-160); Gregory Hamilton's Waiver of Rights under the Interstate Agreement on Detainers (Dkt. No. 196 in Case No. 23-cr-160), Motion for Change of Custody (Dkt. No. 198 in Case No. 23-cr-160), and Motion for Reconsideration of Detention (Dkt. No. 297 in Case No. 23-cr-160); Tony Jelks' Waiver of Rights Under Interstate Agreement on Detainers (Dkt. No. 176 in Case No. 23-cr-160); Deon Williams' Motion to Return to State Prison Pending Disposition of Federal Charges (Dkt. No. 18 in Case No. 23-cr-163); and related filings.

Mr. Hamilton withdrew his Motion for Change of Custody (Dkt. No. 198 in Case No. 23-cr-160) and Motion for Reconsideration of Detention (Dkt. No. 297 in Case No. 23-cr-160), and those motions shall be deemed withdrawn.

The Court advised Defendants who want to reopen their detention hearing that they may do so and that they must submit pre-hearing filings advising the Court of anything in their professional judgment they think the Court should know. The Court stated that such filings should include a description of the programming a particular defendant is participating in, the defendant's release date, and any pending legal issues with respect to the defendant's sentence. The Court will schedule individual detention hearings.

s/ALM  
Judicial Law Clerk
