IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

    v.

DANTRELL JOHNSON (2)
  a.k.a. Trell Moe
GREGORY HAMILTON (3)
  a.k.a. Lil' Lord
KEON PRUITT (4)
  a.k.a. KenKen
TYREESE GILES (6)
  a.k.a. Reese
  a.k.a. Wet
JOSIAH TAYLOR (7)
  a.k.a. Joker
JARRETT ROBINSON (9)
  a.k.a. Gator
TREVAUN ROBINSON (10)
  a.k.a. Tricky Tre
CORTEZ BLAKEMORE (14)
  a.k.a. Tez
WILLIAM BANKS (19)
  a.k.a. Bear
  a.k.a. Big Will
WILLIAM JOHNSON (21)
  a.k.a. Lil' Will
EARNEST BOYD (23)
  a.k.a. Shaky Shawn
GREGORY BROWN (26)
  a.k.a. Lil' G
  a.k.a. Knowledge
MARQUES WALKER (27)
  a.k.a. Q
  a.k.a. Quez

No. 23-cr-160 (NEB/JFD)

SCANNED
FEB 1 2 2025
U.S. DISTRICT COURT MPLS

CHRISTOPHER LEE WASHINGTON (31)
    a.k.a. Flock
    a.k.a. David Hendricks
ERNEST KETTER (32)
    a.k.a. Shakedown
ROBERT LESURE (33)
    a.k.a. Bibby Folks
JA'DARIUS WRIGHT (38)
CARLOS SERRANO (39)
    a.k.a. Nogoodlos
    a.k.a. Los
RONNELL LOCKHART (40)
    a.k.a. Wild
    a.k.a. Get Wild,
      Defendants.

## THIRD SUPERSEDING INDICTMENT

The United States Grand Jury charges:

## COUNT ONE
### Racketeer Influenced and Corrupt Organizations (RICO) Conspiracy
### (Violation of 18 U.S.C. § 1962(d))

### The Enterprise

1.    At all times relevant to this Superseding Indictment, the defendants, **Dantrell Johnson, a.k.a. Trell Moe ("D.Johnson"); Gregory Hamilton, a.k.a. Lil' Lord ("Hamilton"); Keon Pruitt, a.k.a. KenKen ("Pruitt"); Tyreese Giles, a.k.a. Reese, a.k.a. Wet ("Giles"); Josiah Taylor, a.k.a. Joker ("Taylor"); Jarrett Robinson, a.k.a. Gator ("J.Robinson"); Trevaun Robinson, a.k.a. Tricky Tre ("T.Robinson"); Cortez Blakemore, a.k.a. Tez ("Blakemore"); William Banks, a.k.a. Bear, a.k.a. Big**

*United States v. Brown et al.*                                    23-cr-160 (NEB/JFD)

Will ("Banks"); William Johnson, a.k.a. Lil' Will ("W.Johnson"); Gregory Brown, a.k.a. Lil' G, a.k.a. Knowledge ("G.Brown"), Marques Walker, a.k.a. Q, a.k.a. Quez ("Walker"), Christopher Lee Washington, a.k.a. Flock, a.k.a. David Hendricks ("C.Washington"), Ernest Ketter, a.k.a. Shakedown ("Ketter"), Robert Lesure, a.k.a. Bibby Folks ("Lesure"), and Ronnell Lockhart, a.k.a. Wild, a.k.a. Get Wild ("Lockhart"), and others known and unknown to the Grand Jury, were each members and associates of a criminal organization, namely, the "**Highs**," (hereinafter, "The Enterprise" or "the Highs"), which was engaged in, among other things, acts of violence to include murder, assault, robbery as well as drug distribution and firearms trafficking. At all times relevant to this Superseding Indictment, the Highs operated in the District of Minnesota, and elsewhere.

2.      The Highs, including its leadership, membership, and associates, constituted an "enterprise," as defined by 18 U.S.C. § 1961(4), that is, a group of individuals associated in fact. The Highs constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the Enterprise. The Highs were engaged in, and its activities affected, interstate and foreign commerce.

<u>Structure of the Enterprise</u>

3.      The structure and operation of the Highs included, but were not limited to, the following:

      a. The Highs have been in existence in Minneapolis since approximately 2008, and were primarily active in the northside of Minneapolis.

**Third Superseding Indictment—Page 3**

b. The Highs consist of several cliques that associate together and congregate at or around the area of West Broadway Avenue and Lyndale Avenue North in Minneapolis. Highs members identify with their cliques, but commit associate with, commit crimes with, and come to the aid of members from other cliques.

c. The Highs also refer to themselves as Broadway, a reference to West Broadway Avenue.

d. Prospective Highs members proved their loyalty to the gang by "putting in work"; that is, by committing acts of violence for the benefit of the gang or offering another benefit to the gang such as, for example, introducing a source for drugs or firearms.

e. The Highs had members who were more respected than others and are considered leaders. These members controlled the drug trade in Highs territory. Further, these members often took the lead in obtaining and distributing firearms following an act of violence against the Highs by a rival gang for purposes of retaliation.

f. Highs members used common phrases on social media to publicly identify themselves with the Enterprise. For example, Highs members commonly posted "Broadway" on social media, referring to the intersection at West Broadway Avenue and Lyndale Avenue North, and "Y" referring to YNT, a clique within the Highs.

*United States v. Brown et al.*                                    23-cr-160 (NEB/JFD)

g. Highs members often disrespected and mocked deceased rival gang members in social media posts. Conversely, Highs members commonly paid tribute to deceased or incarcerated Highs members publicly on social media and by wearing clothing and sporting tattoos that pay tribute to deceased Highs members.

h. Highs members used common hand signs meant to signify a particular Highs sect, pay tribute to deceased gang members, or taunt and disrespect rival gangs.

i. Within their territory, the Highs congregated at specific businesses and residences from which they controlled the area drug trade and dealt drugs, including fentanyl, cocaine, oxycodone, ecstasy ("MDMA"), and marijuana. These included, but were not limited to, the following: Merwin Liquors (700 West Broadway Avenue), Winner Gas (626 West Broadway Avenue), Walgreens (627 West Broadway Avenue), Boost Mobile (523 West Broadway Avenue), Autozone (501 West Broadway Avenue), Cub Foods (701 West Broadway Avenue), 4th Street Saloon (328 West Broadway Avenue), Wendy's (421 West Broadway Avenue), Taco Bell (425 West Broadway Avenue), Holiday Gas (1624 Washington Avenue North), Marathon Gas (1120 West Broadway Avenue), and other businesses, all of which are located at or near the West Broadway Avenue and Lyndale Avenue North intersection in Minneapolis.

Purposes of the Enterprise

4.     The purposes of the Enterprise included, but were not limited to, the following:

    a.  Enriching the leaders, members, and associates of the Enterprise through, among other things, robbery and illegal trafficking of controlled substances and firearms.

    b.  Preserving and protecting the power, territory, reputation, and profits of the Enterprise through threats, intimidation, violence, and destruction, including, but not limited to, acts involving murder, robbery, assault, and other acts of violence.

    c.  Promoting and enhancing the Enterprise and its members' and associates' activities.

    d.  Keeping victims in fear of the Enterprise and in fear of its leaders, members, and associates through threats of violence and actual violence.

    e.  Attacking and retaliating against rival gang members through acts of violence, including, but not limited to, murder, attempted murder, assault, and other acts of violence.

Manner and Means of the Enterprise

5.     Among the manner and means by which the members and associates of the Enterprise agreed to conduct and participate in the conduct of the affairs of the Enterprise were the following:

*United States v. Brown et al.*                                        23-cr-160 (NEB/JFD)

a. Committing, conspiring to commit, attempting and threatening to commit acts of violence, including murder, robbery, and assault to protect the Enterprise's power, territory, and property.

b. To generate income, Highs members and associates engaged in illegal activities under the protection of the Enterprise, including drug trafficking, weapons trafficking, and other illegal activities to generate income.

c. Acquiring, distributing, carrying, and using firearms in acts of violence, retaliation, and protection against rival gangs.

d. Employing and using gang-related terminology, symbols, phrases, and gestures to demonstrate affiliation with the gang.

e. Perpetuating the Enterprise and to maintain their power, members and associates of the Enterprise committing and conspiring to commit acts involving murder and assault against individuals who posed a threat to the Enterprise, Highs members, or jeopardized its operations.

f. Prohibiting Enterprise members and associates from cooperating with law enforcement under threat of death.

g. To facilitate drug trafficking, Highs members and associates flew to Arizona and elsewhere to obtain fentanyl pills which were shipped or transported back to the Minneapolis area for sale.

*United States v. Brown et al.*                                    23-cr-160 (NEB/JFD)

h.  To facilitate drug trafficking, Highs members and associates utilized cellular phones and social media to coordinate and arrange for the sale and shipment of fentanyl pills and other drugs.

The Racketeering Conspiracy

6.  Beginning in or about 2014, and continuing through on or about the date of this Superseding Indictment, both dates being approximate and inclusive, within the District of Minnesota, and elsewhere, the defendants, **Dantrell Johnson, a.k.a. Trell Moe ("D.Johnson"); Gregory Hamilton, a.k.a. Lil' Lord ("Hamilton"); Keon Pruitt, a.k.a. KenKen ("Pruitt"); Tyreese Giles, a.k.a. Reese, a.k.a. Wet ("Giles"); Josiah Taylor, a.k.a. Joker ("Taylor"); Jarrett Robinson, a.k.a. Gator ("J.Robinson"); Trevaun Robinson, a.k.a. Tricky Tre ("T.Robinson"); Cortez Blakemore, a.k.a. Tez ("Blakemore"); William Banks, a.k.a. Bear, a.k.a. Big Will ("Banks"); William Johnson, a.k.a. Lil' Will ("W.Johnson"); Gregory Brown, a.k.a. Lil' G, a.k.a. Knowledge ("G.Brown"), Marques Walker, a.k.a. Q, a.k.a. Quez ("Walker"), Christopher Lee Washington, a.k.a. Flock, a.k.a. David Hendricks ("C.Washington"), Ernest Ketter, a.k.a. Shakedown ("Ketter"), Robert Lesure, a.k.a. Bibby Folks ("Lesure"),** and **Ronnell Lockhart ("Lockhart"), a.k.a. Wild, a.k.a. Get Wild,** together and with other persons known and unknown to the Grand Jury, being persons employed by and associated with the Highs, which was engaged in and the activities of which affected interstate and foreign commerce, knowingly and intentionally conspired to violate 18 U.S.C. § 1962(c), that is, to conduct and participate, directly and

*United States v. Brown et al.*                                    23-cr-160 (NEB/JFD)

indirectly, in the conduct of the affairs of that Enterprise through a pattern of racketeering

activity consisting of multiple threats and acts involving:

      a.  Murder, in violation of Minnesota Code, Section 609.185, 609.19, 609.17, 609.05, and 609.175

      b.  Robbery, in violation of Minnesota Code, Sections 609.24, 609.245, 609.17, 609.05, and 609.175.

And multiple offenses involving:

      c.  Trafficking and distribution of controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846

7.    It was further part of the conspiracy that each defendant agreed that a

conspirator would commit at least two acts of racketeering activity in the conduct of the

affairs of the Enterprise.

<u>Overt Acts</u>

8.    In furtherance of the conspiracy, and to effect the object and purposes

thereof, the defendants, **Dantrell Johnson, a.k.a. Trell Moe ("D.Johnson"); Gregory**

**Hamilton, a.k.a. Lil' Lord ("Hamilton"); Keon Pruitt, a.k.a. KenKen ("Pruitt");**

**Tyreese Giles, a.k.a. Reese, a.k.a. Wet ("Giles"); Josiah Taylor, a.k.a. Joker**

**("Taylor"); Jarrett Robinson, a.k.a. Gator ("J.Robinson"); Trevaun Robinson, a.k.a.**

**Tricky Tre ("T.Robinson"); Cortez Blakemore, a.k.a. Tez ("Blakemore"); William**

**Banks, a.k.a. Bear, a.k.a. Big Will ("Banks"); William Johnson, a.k.a. Lil' Will**

**("W.Johnson"); Earnest Boyd, a.k.a. Shaky Shawn ("Boyd"), Gregory Brown, a.k.a.**

**Lil' G, a.k.a. Knowledge ("G.Brown"), Marques Walker, a.k.a. Q, a.k.a. Quez**

*United States v. Brown et al.*                                    23-cr-160 (NEB/JFD)

**("Walker"), Christopher Lee Washington, a.k.a. Flock, a.k.a. David Hendricks
("C.Washington"), Ernest Ketter, a.k.a. Shakedown ("Ketter"), Robert Lesure, a.k.a.
Bibby Folks ("Lesure"),** and **Ronnell Lockhart, a.k.a. Wild, a.k.a. Get Wild
("Lockhart"),** and others known and unknown to the Grand Jury, committed various overt
acts, including, but not limited to, the following:

1) On or about April 24, 2014, **J.Robinson** possessed a firearm.

2) On or about August 11, 2015, Tate and Highs members were in a residence
   on Penn Avenue North, where Tate possessed marijuana with the intent to
   distribute and a Highs member possessed a firearm.

3) On or about August 11, 2015, Tate stated that he is a YNT member.

4) On or about September 27, 2016, M.Brown, another Highs member, and an
   unknown male were in a vehicle together when M.Brown fired a firearm into
   a vehicle driven by Victim A, who was injured by the gunfire.

5) On or about January 21 and January 23, 2017, M.Brown posted to Facebook
   advertising the sale of oxycodone.

6) On or about January 23, 2017, M.Brown sold two fentanyl pills.

7) On or about January 25, 2017, M.Brown posted a video to SnapChat in which
   he possessed two firearms.

8) On or about January 27, 2017, M.Brown was at a residence located at 26XX
   Emerson Avenue North, which is located within Highs territory, with other
   Highs members where he negotiated the sale of additional oxycodone pills

**Third Superseding Indictment—Page 10**

and, when confronted by police, M.Brown and another Highs member ran from police.

9)    On or about February 1, 2017, **J.Robinson** and other Highs members fired from a vehicle at two males, striking Victim B's residence in the process, and, after doing so, **J.Robinson** drove the vehicle to Winner Gas station.

10)   On or about March 11, 2017, **J.Robinson** possessed a firearm and shot at Victim C at a gas station in Brooklyn Center.

11)   On or about March 11, 2017, **J.Robinson** and other Highs members were in a Facebook Live video and made hand signs and discussed "sliding" on "opps."

12)   On or about March 11, 2017, **J.Robinson** stated he is a YNT member.

13)   On or about August 11, 2017, **Taylor** and a Highs member were in a vehicle together and drove away from the area of West Broadway Avenue in Minneapolis, where a shooting had just taken place.

14)   On or about June 7, 2018, **T.Robinson** and another Highs member possessed two firearms.

15)   On or about September 17, 2018, Robertson**, Banks,** Samuels, Tate, **J.Robinson**, now deceased Highs member Prince Martin, and other Highs members attended the funeral of Highs member Jamarius Shief, a.k.a. Boosie a.k.a. 50 Shotz, who had been killed by gunfire.

*United States v. Brown et al.*                          23-cr-160 (NEB/JFD)

16)    On or about March 4, 2019, **Banks** was in a vehicle with now deceased Highs member Prince Martin at Wendy's, and possessed with intent to distribute marijuana and oxycodone pills and possessed U.S. currency.

17)    On or about April 4, 2019, Tate, Robertson, and a Highs member were in a vehicle at Merwin Liquors and possessed marijuana with the intent to distribute.

18)    On or about April 15, 2019, following the shooting of a Highs member at Merwin Liquors, **Giles** and another Highs member were in a vehicle together and possessed a firearm.

19)    On or about June 19, 2019, **C.Washington** possessed marijuana with the intent to distribute at Merwin Liquors

20)    On or about June 21, 2019, **Giles**, Highs member Calvin Wright ("C.Wright") and a Highs member were in or near a vehicle with a firearm in the trunk at Autozone.

21)    On or about June 28, 2019, **C.Washington** conducted hand-to-hand drug transactions and possessed marijuana with the intent to distribute at Autozone.

22)    On or about July 7, 2019, Finch, **T.Robinson**, and other Highs members attended a "cemetery birthday party" for deceased Highs member Jamarius Shief, a.k.a. Boosie a.k.a. 50 Shotz, who was killed by gunfire in 2018.

23)     Later that same day, on or about July 7, 2019, **T.Robinson** and another Highs member shot in a crowded area and injured a female in downtown Minneapolis.

24)     On or about July 7, 2019, Finch made several gang-related social media posts, including one where he made a "B" hand sign in tribute to deceased Highs member Jamarius Shief, a.k.a. Boosie a.k.a. 50 Shotz.

25)     On or about July 20, 2019, Samuels possessed marijuana and was with another Highs member at Winner Gas station where a firearm was hidden behind a dumpster.

26)     On July 31, 2019, **T. Robinson** was at Winner Gas station while in possession of marijuana.

28)     On or about August 16, 2019, **Giles** possessed with intent to distribute marijuana and pills containing methamphetamine.

29)     On or about August 16, 2019, Tate possessed pieces of a Glock-style firearm, items used to package drugs for individual sale, and a digital scale and possessed with intent to distribute marijuana and pills containing methamphetamine.

30)     On or about August 27, 2019, **Banks** possessed marijuana with the intent to distribute at or around Merwin Liquors.

31)  On or about September 9, 2019, **Giles**, Tate, now deceased Highs member Prince Martin, and other Highs members attended the funeral of deceased Highs member Kyreon Watkins, who was killed by gunfire.

32)  On or about November 2, 2019, **Pruitt** and Felton drove in a stolen vehicle in Minneapolis.

33)  On or about December 31, 2019, R.Washington conducted multiple hand-to-hand drug sales at Merwin Liquors, and possessed marijuana, cocaine, and items to package drugs.

34)  On or about January 2, 2020, **C.Washington**, **Ketter, Lockhart,** and a Highs member were in a vehicle together near the West Broadway Avenue and Lyndale Avenue North intersection and possessed a digital scale as well as marijuana with the intent to distribute.

35)  On or about January 9, 2020, Tate and a Highs member were in a vehicle in and around Merwin Liquors and Winner Gas station, and possessed marijuana with the intent to distribute.

36)  On or about February 24, 2020, Felton conducted hand-to-hand drug sales at Merwin Liquors and walked back and forth to a vehicle occupied by Highs members that contained marijuana.

37)  On or about February 28, 2020, **Banks** possessed marijuana with the intent to distribute and a loaded firearm magazine.

38)  On or about June 2, 2020, **D.Johnson** possessed a firearm.

39) On July 3, 2020, **Pruitt** drove to Wally's Foods and shot Victim D in the face.

40) On July 4, 2020, **Pruitt**, Felton, and a Highs member were in a vehicle together in Monroe County, Wisconsin, where **Pruitt**, who was driving, fled from police.

41) From on or about July 27, 2020 to on or about June 11, 2023, **Lockhart** made numerous round-trip flights from Minneapolis, Minnesota to Phoenix, Arizona.

42) On or about August 6, 2020, Davis conducted hand-to-hand drug transactions at Merwin Liquors.

43) On or about August 6, 2020, Davis possessed marijuana with the intent to distribute at Taco Bell.

44) On or about August 14, 2020, Samuels was at Winner Gas station and possessed items to package drugs and possessed with intent to distribute marijuana and pills containing methamphetamine.

45) From on or about August 15, 2020, to on or about October 25, 2021, **Walker** made numerous round-trip flights from Minneapolis, Minnesota to Phoenix, Arizona.

46) On or about October 12, 2020, Felton shot at a vehicle.

47) On or about October 23, 2020, **Pruitt** was with Highs members in a vehicle in which three firearms were located.

48) On or about October 23, 2020, **Pruitt** stated he is a Highs gang member.

49) On or about November 17, 2020, **J.Robinson** and Felton were at and around Merwin Liquors, where Felton conducted hand-to-hand drug sales and possessed marijuana and a digital scale. Felton walked back and forth to a vehicle driven by **J.Robinson**.

50) On or about November 20, 2020, Knight possessed a firearm at and around Winner Gas Station.

51) On or about November 24, 2020, Davis and a Highs member possessed marijuana with the intent to distribute at Autozone.

52) On or about January 17, 2021, **Pruitt**, M.Brown, **T.Robinson**, **G.Brown**, now deceased Highs member Prince Martin, and other Highs members were in a music video that showed a location where Lows member Decari Starr was killed in 2010.

53) On or about January 22, 2021, **G.Brown** possessed fentanyl with the intent to distribute in south Minneapolis.

54) On or about February 2, 2021, **Pruitt,** Finch, and a Highs member were in a vehicle together at or around a restaurant near West Broadway Avenue and Lyndale Avenue and possessed a firearm, marijuana, and fentanyl pills.

55) On or about February 8, 2021, **Pruitt,** two Highs members, and others were in a vehicle at Merwin Liquors and possessed a firearm and marijuana.

*United States v. Brown et al.*                                      23-cr-160 (NEB/JFD)

56) On or about April 9, 2021, **Serrano** left a voicemail for **J.Wright** stating he is waiting on a package to be sent by the United States Postal Service ("USPS").

57) On or about April 12, 2021, Knight, now deceased Highs member Jaylen Salter, juvenile Highs associate Victim E, and juvenile Highs member M.W. encircled a group of Somali males and robbed them at gunpoint.

58) During the April 12, 2021 robbery, Highs members fired several times at the victims, shooting Victim F in the leg and killing Highs associate Victim E.

59) After the robbery during which Highs member Victim E was shot, Knight and the other Highs members loaded Victim E into a vehicle driven by juvenile Highs member M.W., with Knight and Salter following in a separate vehicle.

60) While driving from the April 12, 2021 robbery scene, the vehicle driven by the juvenile Highs member M.W. struck a vehicle driven by Victim G. Victim G got out of his vehicle and Salter shot and killed him.

61) From on or about May 16, 2021 to on or about March 18, 2022, M.Brown made at least 10 round-trip flights from Minneapolis, Minnesota to Phoenix, Arizona.

62) On or about May 29, 2021, Bell drove a vehicle containing other Highs members and possessed two firearms.

63)    On or about June 7, 2021, Finch, Highs associate S.T., and another Highs member attempted to rob Victim H at or around Merwin Liquors.

64)    On or about June 7, 2021, S.T. fired at Victim H, who also had a firearm, and Victim H shot and killed S.T.

65)    On or about June 7, 2021, Finch took possession of the firearm that S.T. dropped when she was shot.

66)    From on or about July 1, 2021 to on or about June 21, 2022, **G.Brown** made at least 11 round-trip flights from Minneapolis to Phoenix, Arizona.

67)    On or about July 21, 2021, **Boyd** possessed a firearm and possessed with the intent to distribute cocaine at and around Merwin Liquors.

68)    On or about July 21, 2021, Finch possessed a firearm and Tate possessed a baggie containing fentanyl pills with the intent to distribute at or around Merwin Liquors.

69)    On or about August 2, 2021, Jackson was in a vehicle at the Winner Gas station and possessed U.S. currency as well as fentanyl pills with the intent to distribute.

70)    On or about August 8, 2021, M.Brown, Finch, Robertson, **Taylor**, Tate, **Pruitt**, **W.Johnson**, **D.Johnson**, **Hamilton**, and other Highs members attended a memorial at Winner Gas station for Prince Martin, who was believed to be killed by a rival gang member.

71)    On or about August 8, 2021, **D.Johnson** and **Hamilton** drove to Wally's Foods and shot Victim I.

72)    On or about August 8, 2021, **D.Johnson**, **Hamilton**, **Pruitt**, and **W.Johnson** traveled to the Skyline Market and shot and killed Victim J, whom they mistakenly believed was a rival Lows gang member.

73)    On or about August 10, 2021 to on or about August 11, 2021, **Walker,** Highs member C.Wright, and an associate of **Walker** made a round-trip flight from Minneapolis, Minnesota to Houston, Texas.

74)    On or about August 10, 2021, **T.Robinson**, possessed a firearm and possessed with intent to distribute fentanyl while at 4th Street Saloon.

75)    On or about August 11, 2021, **Lesure** and a Highs member possessed marijuana with the intent to distribute at the Winner Gas station. The Highs member possessed a firearm.

76)    On or about August 24, 2021, **Lesure** possessed U.S. currency and marijuana with the intent to distribute at the Winner Gas station. **Hamilton** was at the Winner Gas station.

77)    On or about September 9, 2021, **Giles** posted a tribute to Salter on Facebook, after Salter was shot and killed earlier that day at a barbershop in Minneapolis.

78)    On or about September 9, 2021, **Giles** traveled to the Pennwood Market and shot and killed Victim K, who was a Lows member.

79)     On or about September 14, 2021, **Taylor** shot and killed Victim L, who was a Lows member.

80)     On or about September 20, 2021, **Blakemore** possessed marijuana with the intent to distribute.

81)     On or about September 21, 2021, deceased Highs member Damone Rhodes possessed over $21,000 in U.S. currency as well as over 1,000 fentanyl pills with the intent to distribute in northeast Minneapolis.

82)     On or about September 27, 2021, deceased Highs member Damone Rhodes texted **C.Washington** about **C.Washington** advancing him fentanyl pills for re-sale.

83)     On or about October 13, 2021, **Lesure** possessed a firearm as well as marijuana with the intent to distribute at the Winner Gas station.

84)     On or about November 7, 2021, Knight, Hodge, Mobley, and other Highs members shot at Victim M, striking Victim N and Victim O in the process.

85)     On or about November 8, 2021, **Lesure** was with a Highs member at the Winner Gas station and possessed marijuana with the intent to distribute.

86)     On or about November 9, 2021, Lester and deceased Highs member Damone Rhodes conducted hand-to-hand drug transactions within Highs territory.

87)     On or about November 16, 2021, Morris and Knight conducted hand-to-hand drug sales of fentanyl at Winner Gas station.

*United States v. Brown et al.*                                              23-cr-160 (NEB/JFD)

88)   On or about November 23, 2021, Lester and deceased Highs member Damone Rhodes conducted hand-to-hand drug transactions at the Holiday Gas station.

89)   On or about November 24, 2021, Lester and deceased Highs member Damone Rhodes possessed a firearm and U.S. currency as well as 1,289 fentanyl pills with the intent to distribute at the Country Inn & Suites in Brooklyn Center, Minnesota.

90)   From on or about November 28, 2021 to on or about December 1, 2021, **G.Brown**, **Lesure**, Nix, and Highs member C.Wright flew from Minneapolis to Phoenix, Arizona and back to Minneapolis.

91)   From on or about November 28, 2021 to on or about November 16, 2022, Nix made at least 10 round-trip flights from Minneapolis to Phoenix, Arizona.

92)   On or about December 10, 2021, Morris requested to purchase 400 fentanyl pills for $2,000 from **G.Brown** by Facebook direct message.

93)   On or about December 14, 2021, deceased Highs member Damone Rhodes possessed marijuana and over 1,600 fentanyl pills with the intent to distribute in south Minneapolis.

94)   On or about December 26, 2021, J.Wright messaged a photograph of fentanyl pills on a digital scale to **Serrano**.

95)   On or about December 30, 2021, Poe paid J.Wright $3,000 via CashApp.

96)    On or about December 30, 2021, **G.Brown** provided his phone number to Morris by Facebook direct message.

97)    On or about January 3, 2022, Felton was at Winner Gas station and possessed marijuana.

98)    On or about January 7, 2022, Knight posted a SnapChat video where he possessed a firearm and stated, "when I see an Opp I'm going to strike."

99)    On or about January 7, 2022, Morris possessed a firearm.

100)   On or about January 7, 2022, after destroying a memorial to deceased Lows member Emanuel Jones, Knight fired a firearm towards a vehicle containing Victim P, Victim Q, and Victim R.   Morris was present and drove Knight away from the scene.

101)   On or about January 11, 2022 to January 28, 2022, J.Wright texted Highs member C.Wright regarding fentanyl shipments and transactions.

102)   On or about January 21, 2022, Nix was with a Highs member at the Winner Gas station in a vehicle purchased by **G.Brown.**

103)   On or about February 1, 2022, Jackson possessed marijuana with the intent to distribute in Columbia Heights, Minnesota.

104)   On or about February 6, 2022, **C.Washington** possessed a firearm, U.S. currency as well as marijuana with the intent to distribute.

105)   On or about February 7, 2022, Jackson possessed fentanyl pills with the intent to distribute in Minneapolis.

106) From on or about February 10, 2022, to on or about March 30, 2022, at least nine USPS parcels were sent from a business in Phoenix, Arizona to Shine Beauty, in Brooklyn Park, Minnesota.

107) On or about February 23, 2022, Lester and deceased Highs member Damone Rhodes possessed marijuana and fentanyl with the intent to distribute within Highs territory.

108) On or about March 17, 2022, Poe texted **J.Wright** "how much I sending" and **J.Wright** responded "how much he say I aint talk to kills (C.Wright)." On or about March 18, 2022, Poe responded to **J.Wright** "3,000."

109) On or about March 30, 2022, **J.Wright** utilized his phone number to track a USPS parcel containing approximately 3 kilograms of fentanyl pills that was sent from the Phoenix Business to Shine Beauty.

110) On or about March 30, 2022, **J.Wright** and **Walker** placed several phone and FaceTime calls to each other.

111) On or about April 4, 2022, Poe texted **J.Wright** a screenshot showing that he deposited over $5,200 in U.S. currency to **J.Wright**.

112) On or about April 4, 2022, **J.Wright** called the USPS to inquire about the parcel that was sent from the Phoenix Business to Shine Beauty.

113) On or about April 4, 2022, **J.Wright** and **Walker** placed several phone calls to each other.

114) On or about April 12, 2022, Bell possessed a digital scale as well as marijuana with the intent to distribute at Winner Gas station.

115) On or about April 12, 2022, **Blakemore**, while at Merwin Liquors, sold fentanyl pills.

116) On or about April 12, 2022, **Serrano** messaged **J.Wright** "so we at $62,150.00."

117) On or about April 25, 2022, **Walker** placed numerous FaceTime calls to Highs member C.Wright.

118) On or about April 26, 2022, **Blakemore**, while at Merwin Liquors, sold fentanyl pills.

119) On or about April 26, 2022, Felton, while at Winner Gas station conducted hand-to-hand drug sales.

120) On or about April 26, 2022, Highs member C.Wright received a USPS parcel at his residence from the Phoenix Business.

121) On or about April 26, 2022, after receiving the USPS parcel from the Phoenix Business, Highs member C.Wright possessed 2.1 kilograms of fentanyl pills and U.S. currency in a vehicle. C.Wright possessed a large quantity of U.S. currency in his residence. **Giles** possessed U.S. currency.

122) On or about April 26, 2022, C.Wright texted **J.Wright** "they got me f**k" and "obd call q." Q is a nickname for **Walker**.

*United States v. Brown et al.*                                        23-cr-160 (NEB/JFD)

123)   On or about April 26, 2022, **J.Wright** called **Walker**. Both **J.Wright** and **Walker** called each other on multiple occasions on April 26, 2022.

124)   On or about May 4, 2022, **Blakemore**, while at Walgreens, sold fentanyl pills.

125)   On or about May 10, 2022, **J.Wright** texted **Walker** regarding fentanyl transactions and shipments.

126)   On May 10, 2022, **J.Wright** texted **Walker** "I aint booked ticket yet even if I gotta stay one more day I will, I just need to get as much as I can. I got to much in streets rn. Plus I'm waiting on word to see if Los ("**Serrano**") coming this way as well before I take off."

127)   On May 10, 2022, **J.Wright** texted **Walker** "hit up squizzy (**"Poe"**) see if he got a dime or dub ready."

128)   On or about May 11, 2022, **Lester** possessed fentanyl with the intent to distribute within Highs territory.

129)   On or about May 12, 2022, **Serrano** messaged **J.Wright** "he taking shit up north, so I'm tryna put a bunch aside for you."

130)   On or about May 12, 2022, **J.Wright** went to the Minneapolis-St. Paul International Airport to fly to Phoenix, Arizona with $27,300 in U.S. currency.

131)   On or about May 17, 2022, Jelks, while at Merwin Liquors, sold fentanyl pills.

132) On or about May 31, 2022, M.Brown possessed a firearm, drug paraphernalia, and U.S. currency, and possessed with the intent to distribute marijuana and oxycodone.

133) On or about June 6, 2022, Jelks, while near Merwin Liquors, possessed U.S. currency and possessed with the intent to distribute fentanyl pills.

134) On or about June 10, 2022, **Taylor** and a Highs member possessed a firearm and possessed with intent to distribute oxycodone hydrochloride pills.

135) On or about June 11, 2022, **Blakemore** possessed fentanyl pills with the intent to distribute.

136) On or about June 14, 2022, **Blakemore** sold fentanyl pills.

137) On or about June 23, 2022, **Blakemore** possessed cellphones and U.S. currency and possessed with intent to distribute fentanyl pills.

138) On or about July 7, 2022, R.Washington conducted hand-to-hand drug sales in downtown Minneapolis and possessed fentanyl pills, crack cocaine, methamphetamine, marijuana, and U.S. currency.

139) On or about July 8, 2022, **Lesure**, Nix, and a Highs member possessed marijuana with the intent to distribute at Merwin Liquors.

140) On or about July 25, 2022, Felton, while at Winner Gas station conducted hand-to-hand drug sales and possessed a fentanyl pill, marijuana, and U.S. currency.

141)    On or about July 27, 2022, Jelks, while at Winner Gas station, fired at a vehicle traveling westbound on West Broadway Avenue.

142)    On or about August 9, 2022, Jelks sold fentanyl pills and Jelks and R.Washington sold a firearm at Merwin Liquors.

143)    On or about August 9, 2022, **Lesure** texted Nix "how many I get for 2000 blood." Nix responded "1,000." **Lesure** replied "I need 3."

144)    On or about August 17, 2022, **Lesure** possessed marijuana and fentanyl pills with the intent to distribute at Merwin Liquors.

145)    On or about September 3, 2022, Jelks, arranged for the future sale of fentanyl pills while at Cub Foods.

146)    On or about September 4, 2022, **Ketter** took a photograph of a bag containing fentanyl pills.

147)    On or about September 6, 2022, Jelks arranged the sale of fentanyl pills.

148)    On or about September 11, 2022, **Ketter** discussed selling fentanyl pills for $5 per pill.

149)    On or about September 13, 2022, **Ketter** possessed fentanyl pills with the intent to distribute at a residence on 5th Street South in Minneapolis. **Ketter** possessed a firearm.

150)    On or about September 13, 2022, Nix and **G.Brown** discussed Nix traveling to Arizona in a text message conversation.

*United States v. Brown et al.*                                          23-cr-160 (NEB/JFD)

151)    On or about September 13, 2022, Nix flew from Minneapolis, Minnesota to Phoenix, Arizona.

152)    On or about September 19, 2022, **Lockhart** flew from Phoenix, Arizona to Minneapolis, Minnesota.

153)    On or about September 19, 2022, **Lockhart** possessed 1,136 grams of fentanyl pills at the Minneapolis-St. Paul Airport.

154)    On or about September 21, 2022, **C.Brown** possessed fentanyl pills with the intent to distribute.

155)    On or about October 3, 2022, Finch and Davis were in a vehicle at Walgreens and possessed U.S. currency and fentanyl pills with the intent to distribute.

156)    On or about October 9, 2022, Davis possessed U.S. currency, a digital scale, and fentanyl pills with the intent to distribute at or around Fremont Avenue North.

157)    On or about October 15, 2022, **Lesure** texted Nix that "Lil G (**"G.Brown"**) said call him gang."

158)    On or about October 23, 2022, Nix texted **Lesure** and discussed obtaining firearms.

159)    On or about October 25, 2022, Jackson possessed U.S. currency, a digital scale as well as marijuana with the intent to distribute at Walgreens.

160)    On or about October 26, 2022, to on or about October 28, 2022, Nix took a round-trip flight from Minneapolis, Minnesota to Phoenix, Arizona.

161)  On or about October 28, 2022, Nix took a photograph of a USPS tracking receipt of a package sent from Glendale, Arizona to a P.O. Box in Hopkins, Minnesota.

162)  On or about October 27, 2022, **J.Robinson** possessed two AR-15 rifles and a handgun.

163)  From on or about November 6, 2022 to on or about May 24, 2023, Poe made numerous round-trip flights from Minneapolis, Minnesota to Phoenix, Arizona.

164)  On or about November 12, 2022, and on or about November 13, 2022, Nix discussed purchasing fentanyl pills from an Arizona supplier.

165)  From on or about November 14, 2022, to on or about November 16, 2022, Nix made a round-trip flight from Minneapolis, Minnesota to Phoenix, Arizona.

166)  On or about November 14, 2022, Nix told the Arizona supplier "I got ten all together, bro" and they discussed meeting up.

167)  On or about January 17, 2023, Felton, Bailey, Samuels, and **Banks** conducted hand-to-hand drug sales at and around Boost Mobile.

168)  On or about January 17, 2023, Felton, Bailey, and Samuels locked themselves in Boost Mobile. Bailey possessed with intent to distribute fentanyl pills.

169)    On or about January 17, 2023, **Banks**, while at and near Boost Mobile, possessed fentanyl pills and U.S. currency.

170)    On or about January 17, 2023, Morris attempted to purchase fentanyl pills through a Facebook direct message.

171)    On or about January 18, 2023, Bell made several fentanyl hand-to-hand sales at and around Boost Mobile.  A juvenile Highs member possessed fentanyl pills and a firearm.

172)    On or about January 14, 2023, Nix and **Lesure** were together and possessed large quantities of U.S. currency.

173)    On or about January 31, 2023, **Lesure** possessed a firearm as well as marijuana with the intent to distribute near the intersection at 42nd Avenue North and Lyndale Avenue North.

174)    On or about February 2, 2023, Jelks and Hodge sold fentanyl pills and Jelks sold a firearm.

175)    On or about February 8, 2023, Nix took a photograph of a large quantity of fentanyl pills.

176)    From on or about March 16, 2023, to on or about March 18, 2023, Poe made a round-trip flight from Minneapolis, Minnesota to Phoenix, Arizona.

177)    From on or about March 17, 2023, to on or about March 18, 2023, Poe shipped four USPS parcels to the Minneapolis area from different locations in Arizona.

178) On or about April 4, 2023, M.Brown possessed a firearm, machine gun, and U.S. currency, and possessed with intent to distribute fentanyl pills.

179) On or about April 14, 2023, **Taylor** was at the Minneapolis-Saint Paul International Airport and possessed oxycodone hydrochloride and alprazolam pills with the intent to distribute.

180) On or about April 20, 2023, M.Brown, while in custody, directed a family member to recover 1.6 kilograms of fentanyl pills. M.Brown's family member possessed 1.6 kilograms of fentanyl with the intent to distribute.

181) On or about April 27, 2023, Poe possessed over $23,000 in U.S. currency as well as fentanyl pills and powder with the intent to distribute.

182) On or about June 9, 2023, C.Brown possessed fentanyl pills with the intent to distribute.

183) On or about August 15, 2023, Frazier assaulted and kidnapped Victim S at gunpoint.

184) On or about August 15, 2023, Frazier forced Victim S to disrespect several Lows members.

185) On or about August 15, 2023, Frazier took Victim S's vehicle at gunpoint.

186) On or about August 29, 2023, **C.Washington** possessed U.S. currency, and 809 fentanyl pills with the intent to distribute.

187) On or about August 29, 2023, **Ketter** fled from police and possessed U.S. currency.

188)  On or about August 29, 2023, Poe was in a vehicle in Highs territory with deceased Highs member Antwan Eiland and possessed fentanyl pills and powder with the intent to distribute.

189)  On or about September 20, 2023, Poe, C.Brown, and other Highs members were present at or around the 4th Street Saloon when Highs member Antwan Eiland was shot and killed.

190)  On or about October 12, 2023, C.Brown possessed U.S. currency as well as fentanyl pills weighing approximately 339 grams with the intent to distribute.

191)  On or about November 15, 2023, **Lesure** possessed a rifle in Hopkins, Minnesota.

192)  On or about November 15, 2023, Poe possessed fentanyl pills with the intent to distribute.

193)  On or about November 15, 2023, **C.Washington** possessed U.S. currency.

## NOTICE OF SPECIAL SENTENCING FACTORS

1.     Beginning in or about 2021, in the District of Minnesota, and continuing to in or about the date of this Superseding Indictment, as part of the above-described racketeering conspiracy, defendants **Josiah Taylor, a.k.a. Joker ("Taylor"); Trevaun Robinson, a.k.a. Tricky Tre ("T.Robinson"); Cortez Blakemore, a.k.a. Tez ("Blakemore"); William Banks, a.k.a. Bear, a.k.a. Big Will ("Banks"); Gregory Brown, a.k.a. Lil' G, a.k.a. Knowledge ("G.Brown"), Marques Walker, a.k.a. Q, a.k.a. Quez ("Walker"), Christopher Lee Washington, a.k.a. Flock, a.k.a. David Hendricks**

(**"C.Washington"**), **Ernest Ketter, a.k.a. Shakedown ("Ketter"), Robert Lesure, a.k.a. Bibby Folks ("Lesure"),** and **Ronnell Lockhart, a.k.a. Wild, a.k.a. Get Wild ("Lockhart"),** did combine, conspire, confederate, and agree, together and with others to knowingly and intentionally distribute or possess with intent to distribute at least 400 grams of a mixture or substance containing a detectable amount of any analogue N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, or at least 100 grams of a mixture or substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl (Schedule II controlled substances), in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi), and 846.

2.      On or about August 8, 2021, in the District of Minnesota, as part of the above-described racketeering conspiracy, the defendants, **Dantrell Johnson, a.k.a. Trell Moe; Gregory Hamilton, a.k.a. Lil' Lord; Keon Pruitt, a.k.a. KenKen,** and **William Johnson, a.k.a. Lil' Will**, aided and abetted by each other, did murder Victim J, that is, did cause the death of Victim J, with premeditation and with intent to affect the death of Victim J or another person,  in violation of Minnesota Code, Sections 609.185(a)(1) and 609.05.

3.      On or about September 9, 2021, in the District of Minnesota, as part of the above-described racketeering conspiracy, the defendant, **Tyreese Giles, a.k.a. Reese, a.k.a. Wet**, did murder Victim K, that is, did cause the death of Victim K, with

premeditation and with intent to affect the death of Victim K or another person, in violation of Minnesota Code Sections, 609.185(a)(1) and 609.05.

4.      On or about September 14, 2021, in the District of Minnesota, as part of the above-described racketeering conspiracy, the defendant, **Josiah Taylor, a.k.a. Joker,** did murder Victim L, that is, did cause the death of Victim L, with premeditation and with intent to affect the death of Victim L or another person, in violation of Minnesota Code, Sections 609.185(a)(1) and 609.05.

All in violation of Title 18, United States Code, Section 1962(d).

*United States v. Brown et al.*                                         23-cr-160 (NEB/JFD)

## COUNT TWO
### Using and Carrying a Firearm During and in Relation to a Crime of Violence Causing Death

1.     At all times relevant to this Superseding Indictment, the Highs, as described in paragraphs one through five of Count One, which are realleged and incorporated by reference as if fully set forth herein, including its leadership, membership, and associates, constituted an "enterprise," as defined by 18 U.S.C. § 1959(b)(2), that is, a group of individuals associated in fact which was engaged in, and the activities of which affected, interstate and foreign commerce.   The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

2.     At all times relevant to this Superseding Indictment, the Highs enterprise, through its members, leaders, and associates, engaged in racketeering activity, as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), that is, multiple acts involving murder, in violation of Minnesota Code, Section 609.185, 609.19, 609.17, 609.05, and 609.17; robbery, in violation of Minnesota Code, Sections 609.24, 609.245, 609.17, 609.05, and 609.175; and offenses involving trafficking and distribution of controlled substances, in violation of Title 21, United States Code, Sections 841 and 846.

3.     On or about August 8, 2021, in the District of Minnesota, the defendants,

**DANTRELL JOHNSON,**
**a.k.a. Trell Moe,**
**GREGORY HAMILTON,**
**a.k.a. Lil' Lord,**
**KEON PRUITT,**
**a.k.a. KenKen,**
and
**WILLIAM JOHNSON,**
**a.k.a. Lil' Will,**

each aided and abetted by the other and by others known and unknown to the Grand Jury,

for the purpose of gaining entrance, maintaining and increasing position in the Highs, an

enterprise engaged in racketeering activity, did knowingly and intentionally murder Victim

J, in violation of Minnesota Code, Sections 609.185(a)(1) and 609.05, in violation of Title

18, United States Code, Sections 1959(a)(1) (Murder in Aid of Racketeering) and 2.

4.     On or about August 8, 2021, in the District of Minnesota, the defendants,

**DANTRELL JOHNSON,**
**a.k.a. Trell Moe,**
**GREGORY HAMILTON,**
**a.k.a. Lil' Lord,**
**KEON PRUITT,**
**a.k.a. KenKen,**
and
**WILLIAM JOHNSON,**
**a.k.a. Lil' Will,**

each aided and abetted by the other and by others known and unknown to the Grand Jury,

did violate Title 18, United States Code, Section 924(c)(1)(A), that is, did knowingly and

intentionally use and carry a firearm during and in relation to a crime of violence for which

they may be prosecuted in a court of the United States, namely, the Murder in Aid of

Racketeering (Title 18, United States Code, Section 1959(a)(1)) of Victim J, and in the

course of such violation, did cause the death of Victim J through the use of a firearm, which

killing was first-degree murder, as defined in Title 18, United States Code, Section 1111.

In violation of Title 18, United States Code, Sections 924(j) and 2.

*United States v. Brown et al.*                                    23-cr-160 (NEB/JFD)

## COUNT THREE
### Conspiracy to Distribute Controlled Substances
### (Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846)

From on or about August 1, 2015, and continuing through on or about April 26,

2023, in the State and District of Minnesota and elsewhere, the defendants,

**JOSIAH TAYLOR,**
**a.k.a. Joker,**
**TREVAUN ROBINSON,**
**a.k.a. Tricky Tre,**
**CORTEZ BLAKEMORE,**
**a.k.a. Tez,**
**WILLIAM BANKS,**
**a.k.a. Bear,**
**a.k.a. Big Will,**
**WILLIAM JOHNSON,**
**a.k.a. Lil' Will,**
**EARNEST BOYD,**
**a.k.a. Shaky Shawn,**
**GREGORY BROWN,**
**a.k.a. Lil' G,**
**a.k.a. Knowledge,**
**MARQUES WALKER,**
**a.k.a. Q,**
**a.k.a. Quez,**
**CHRISTOPHER LEE WASHINGTON,**
**a.k.a. Flock,**
**a.k.a. David Hendricks,**
**ERNEST KETTER,**
**a.k.a. Shakedown,**
**ROBERT LESURE,**
**a.k.a. Bibby Folks,**
**JA'DARIUS WRIGHT,**
**CARLOS SERRANO,**
**a.k.a. Nogoodlos,**
**a.k.a. Los,**
and
**RONNELL LOCKHART,**
**a.k.a. Wild,**

### a.k.a. Get Wild,

did knowingly and intentionally conspire with each other and others known and unknown

to the Grand Jury to distribute at least 400 grams of a mixture or substance containing a

detectable amount of (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) (a

Schedule II controlled substance), commonly known as fentanyl, or at least 100 grams of

a mixture or substance containing a detectable amount of any analogue of (N-phenyl-N-[1-

(2-phenylethyl)-4-piperidinyl] propanamide) (a Schedule II controlled substance),

commonly known as fentanyl; cocaine (a Schedule II controlled substance); 3,4-

methylenedioxymethamphetamine ("MDMA") (a Schedule I controlled substance);

oxycodone (a Schedule II controlled substance); and marijuana (a Schedule I controlled

substance); all in violation of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C) and 846.

## COUNT FOUR
**Possession of a Firearm in Furtherance of Drug Trafficking**

On or about July 21, 2021, in the State and District of Minnesota, the defendant,

**EARNEST BOYD,**
**a/k/a Shaky Shawn,**

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, conspiracy to distribute controlled substances as charged in Count Three of this Superseding Indictment, did knowingly and intentionally possess a firearm, namely, a Taurus nine-millimeter semiautomatic handgun; all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

*United States v. Brown et al.*                                      23-cr-160 (NEB/JFD)

<u>COUNT FIVE</u>
**Felon in Possession of a Firearm**

On or about July 21, 2021, in the State and District of Minnesota, the defendant,

**EARNEST BOYD,**
**a/k/a Shaky Shawn,**

having been convicted of the following crimes, each of which was punishable by a term

of imprisonment exceeding one year:

| Crime | Jurisdiction of Conviction | Date of Conviction (on or about) |
|---|---|---|
| First Degree Narcotics Sale | Hennepin | January 5, 2012 |
| Fifth Degree Narcotic Possession | Hennepin | January 14, 2008 |
| Fifth Degree Narcotic Possession | Hennepin | January 20, 2005 |

and knowing he had previously been convicted of at least one crime punishable by

imprisonment for a term exceeding one year, knowingly possessed, in and affecting

interstate commerce, a firearm, to wit, a 9mm Taurus firearm, bearing serial number

ABC426248, all in violation of Title 18, United States Code, Sections 922(g)(1) and

924(a)(2).

*United States v. Brown et al.*                                      23-cr-160 (NEB/JFD)

## COUNT SIX
**Possession of a Firearm in Furtherance of Drug Trafficking**

On or about August 10, 2021, in the State and District of Minnesota, the defendant,

**TREVAUN ROBINSON,**
**a/k/a Tricky Tre,**

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the

United States, namely, conspiracy to distribute controlled substances as charged in Count

Three of this Superseding Indictment, did knowingly and intentionally possess a firearm,

namely, a FN model 503 nine-millimeter semiautomatic handgun; all in violation of Title

18, United States Code, Section 924(c)(1)(A)(i).

## COUNT SEVEN
**Possession of a Firearm in Furtherance of Drug Trafficking**

On or about June 10, 2022, in the State and District of Minnesota, the defendant,

**JOSIAH TAYLOR,**
**a/k/a Joker,**

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the

United States, namely, conspiracy to distribute controlled substances as charged in Count

Three of this Superseding Indictment, did knowingly and intentionally possess a firearm,

namely, a Glock model 20, 10-milimeter semi-automatic handgun; all in violation of Title

18, United States Code, Section 924(c)(1)(A)(i).

*United States v. Brown et al.*                                    23-cr-160 (NEB/JFD)

## COUNT NINE
### Distribution of a Controlled Substance

On or about March 30, 2022, in the State and District of Minnesota, the defendants,

**MARQUES WALKER,**
**a.k.a Q**
**a.k.a. Quez**
and
**JA'DARIUS WRIGHT,**

each aided and abetted by the other and by others known and unknown to the Grand Jury,

did unlawfully, knowingly and intentionally distribute at least 400 grams of a mixture or

substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide, commonly known as fentanyl, or at least 100 grams of a mixture

or substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, (Schedule II

controlled substances), all in violation of Title 21, United States Code, Sections 841(a)(1)

and 841(b)(1)(A)(vi and Title 18, United States Code, Section 2.

**Third Superseding Indictment—Page 44**

<u>**COUNT TEN**</u>
**Possession with Intent to Distribute a Controlled Substance**

On or about April 26, 2022, in the State and District of Minnesota, the defendants,

**MARQUES WALKER,**
**a.k.a Q**
**a.k.a. Quez,**
and
**JA'DARIUS WRIGHT,**

each aided and abetted by the other and by others known and unknown to the Grand Jury.

did unlawfully, knowingly and intentionally possess with the intent to distribute at least

400 grams of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, or at least 100

grams of a mixture or substance containing a detectable amount of any analogue of N-

phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl,

(Schedule II controlled substances), all in violation of Title 21, United States Code,

Sections 841(a)(1) and 841(b)(1)(A)(vi) and Title 18, United States Code, Section 2.

*United States v. Brown et al.*                                      23-cr-160 (NEB/JFD)

## FORFEITURE ALLEGATIONS

Counts 1-14 of this Superseding Indictment are realleged and incorporated reference

for the purpose of alleging forfeitures pursuant Title 18, United States Code, Sections

924(d) and 1963, and Title 21, United States Code, Section 853.

Upon conviction of Count 1, the defendants shall forfeit to the United States,

pursuant to Title 18, United States Code, Section 1963, the following property:

    a.  any interest acquired or maintained in violation of section 1962;

    b.  any interest in, security of, claim against, or property or contractual right of any kind affording a source of influence over, any enterprise which the defendant[s] established, operated, controlled, conducted, or participated in the conduct of, in violation of section 1962; and

    c.  any property constituting, or derived from, any proceeds obtained, directly or indirectly, from racketeering activity or unlawful debt collection in violation of 1962.

Upon conviction of any of **Counts 2**, **4-8,** and **11-14** of this Superseding Indictment

the defendants shall forfeit to the United States, pursuant to Title 18, United States Code,

Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms,

ammunition, and accessories involved in or used in the commission of **Counts 2, 4-8,** and

**11-14** of this Superseding Indictment.

Upon conviction of **Counts 3** and **9-10** of this Superseding Indictment, the

defendants shall forfeit to the United States pursuant to Title 21, United States Code,

Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds

they obtained directly or indirectly as a result of said violations, and any and all property

*United States v. Brown et al.*                                      23-cr-160 (NEB/JFD)

used, or intended to be used, in any manner or part to commit or to facilitate the commission

of said violations.

If any of the above-described forfeitable property is unavailable for forfeiture, the

United States intends to seek the forfeiture of substitute property as provided for in Title

21, United States Code, Section 853(p), as incorporated by Title 18, United States Code,

Section 1963(m) and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____        _____
ACTING UNITED STATES ATTORNEY        FOREPERSON


_____
ALYSSA LEVEY-WEINSTEIN
Trial Attorney
New York Bar No. 5909387
Violent Crimes and Racketeering Section
U.S. Department of Justice
Washington, DC 20530


_____
BRIAN W. LYNCH
Trial Attorney
Ohio Bar No. 86245
Violent Crimes and Racketeering Section
U.S. Department of Justice
Washington, DC 20530


_____
CARLA J. BAUMEL
Assistant United States Attorney
Minnesota Bar No. 0504848
United States Attorneys' Office

*United States v. Brown et al.*                    23-cr-160 (NEB/JFD)

District of Minnesota
Minneapolis, Minnesota 55415


THOMAS CALHOUN-LOPEZ
Assistant United States Attorney
DC Bar No. 480908DC
United States Attorneys' Office
District of Minnesota
Minneapolis, Minnesota 55415


ALBANIA CONCEPCION
Assistant United States Attorney
Minnesota Bar No. 0401536
United States Attorneys' Office
District of Minnesota
Minneapolis, Minnesota 55415


REBECCA E. KLINE
Assistant United States Attorney
Minnesota Bar No. 0401277
United States Attorneys' Office
District of Minnesota
Minneapolis, Minnesota 55415